IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

**Civil Action No. 13-cv-00573-RBJ-KMT and 16-cv-00834-MJW**

DONALD THORNTON, individually, and as Personal Representative of the
ESTATE OF JEAN THORNTON, and on behalf of all others similarly situated,

    Plaintiffs,

    v.

DAVITA HEALTHCARE PARTNERS, INC.,

    Defendant.

and

FERNANDO MENCHACA, individually and as personal representative of the
Estate of Irma Menchaca,

    Plaintiff,

    v.

DAVITA HEALTHCARE PARTNERS, INC.,

    Defendant.

## ORDER TO CONSOLIDATE RELATED ACTION

This matter comes before the Court *sua sponte*. This Court has been made aware of a new related case. The Court finds there is good cause to consolidate *Menchaca v. DaVita Healthcare Partners, Inc.*, No. 16-cv-00834-RBJ-MJW into the previously consolidated case *Thornton v. DaVita Healthcare Partners, Inc.*, No. 13-cv-00573-RBJ-KMT.

The Court orders that related action *Menchaca v. DaVita Healthcare Partners, Inc.*, No. 16-cv-00834-MJW is consolidated and all future filings shall be made on the consolidated docket under the caption: *Thornton v. DaVita Healthcare Partners, Inc.*, No. 13-cv-00573-RBJ-KMT.

DATED this 19th day of April, 2016.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge